JS - 6

LINK: 12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-06530 GAF (PJWx) | Date | November 4, 2009 |
|---|---|---|---|
| Title | Mickey Cabrera v. Washington Mutual Bank et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers)**

**ORDER RE: REMAND**

On September 9, 2009, Defendants properly removed this action to federal court. (Docket No. 1.) On October 19, 2009, Plaintiff filed an Ex Parte Application to Amend Complaint, removing all federal causes of action. (Docket No. 12.) Pursuant to Federal Rule of Civil Procedure 15(a), the Court **GRANTS** Plaintiff's application. Defendants' Motions to Dismiss are therefore moot. Accordingly, the hearing regarding Defendants' motions previously scheduled for November 16, 2009 is hereby **VACATED**. FED. R. CIV. P. 78; C.D. Cal. R. 7-15.

Plaintiff's Complaint no longer states a federal cause of action. Under 28 U.S.C. § 1367(c)(3), district courts have the discretion to exercise supplemental jurisdiction over remaining state law claims if all claims over which the district court has original jurisdiction have been dismissed. 28 U.S.C. § 1367(c)(3). On October 28, 2009, the Court ordered Defendants to show cause why the action should not be remanded to state court. Defendant California Reconveyance Company filed a response to the Court's Order, but did not provide a reasonable justification for retention of the case. Therefore, Plaintiff's remaining state law claims are **REMANDED** to Los Angeles Superior Court pursuant to 28 U.S.C. § 1367(c).

**IT IS SO ORDERED.**